# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Carrington Mortgage Loan Trust 2005-OPT2, Asset-Backed Certificates, Series 2005-OPT2<br><br>Plaintiff,<br><br>vs.<br><br>Vernice Dukes, et al.<br><br>Defendants. | Case No. 2:07-cv-810<br><br>Judge Algenon L. Marbley<br><br>**ORDER VACATING JUDGMENT AND DISMISSING CASE** |

UNITED STATES DISTRICT JUDGE ALGENON L. MARBLEY

This matter is before the Court on the motion of Plaintiff for an order vacating the judgment and decree of foreclosure entered in this case under Rule 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case is hereby vacated and this action is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

Algenon D. Marbley
UNITED STATES DISTRICT JUDGE